FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

JUL 2 5 2007

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:07MJ120 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| KHA MANH NGUYEN, | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on Defendant's oral Motion for Noncustodial Transportation. Defendant is indigent and is in need of noncustodial transportation, and the Court finds said motion should be granted.

ACCORDINGLY, IT IS SO ORDERED:

1. The Defendant's motion is granted, and;

2. That the U.S. Marshal shall provide noncustodial transportation for Defendant from Omaha, Nebraska to San Jose, California.

DATED this 25 day of July, 2007.

BY THE COURT:

_____
HON. F. A. GOSSETT, III
United States Magistrate Judge